1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IRVIN REYES,                                No.  2:21-cv-0571-KJM-CKD PS

12                  Plaintiff,

13          v.                                   ORDER

14   KAISER PERMANENTE FOUNDATION                (ECF No. 19)
     HOSPITAL,
15
                    Defendant.
16

17

18          On November 19, 2021, the magistrate judge filed findings and recommendations (ECF

19   No. 19), which were served on the plaintiff and which contained notice that any objections to the

20   findings and recommendations were to be filed within fourteen (14) days.  No objections were

21   filed.  Accordingly, the court presumes that any findings of fact are correct.  *See Orand v. United*

22   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

23   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir.

24   1983).

25          The court has reviewed the applicable legal standards and, good cause appearing,

26   concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

27   IT IS HEREBY ORDERED that:

28      1.  The findings and recommendations (ECF No. 19) are ADOPTED IN FULL;

                                                  1

   2.  Plaintiff's claims are DISMISSED without prejudice pursuant to Federal Rule of Civil

        Procedure 41(b) for failure to prosecute; and

   3.  The Clerk of Court is directed to close this case.

DATED:  January 11, 2022.

_____

CHIEF UNITED STATES DISTRICT JUDGE